989 F.2d 491
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Donald Milton BOYSAW, Petitioner-Appellant,
v.
G. E. DEANS; Attorney General of the Commonwealth of
Virginia, Respondents-Appellees.
 No. 92-6250.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: December 21, 1992
Decided: March 12, 1993
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Chief District Judge. (CA-88-522-R)
 Donald Milton Boysaw, Appellant Pro Se.
 Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellees.
 W.D.Va.
 DISMISSED.
 Before MURNAGHAN and WILKINSON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Donald Milton Boysaw seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. § 2254 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Boysaw v. Deans, No. CA-88-522-R (W.D. Va. Feb. 13, 1992).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 We also deny Appellant's motion for appointment of counsel. See Whisenant v. Yuam, 739 F.2d 160 (4th Cir. 1984)